AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 JUL 17 PM 1: 05

CLERK-ALBUQUERQUE

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>7640 Central Avenue SE, Rooms 105, 110, 112, 114 and 219, Albuquerque, New Mexico 87108 more fully described in Attachment A | )<br>)<br>)  Case No. 19mr731<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:
7640 Central Avenue SE, Rooms 105, 110, 112, 114 and 219, Albuquerque, New Mexico 87108 more fully described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence of, or contraband, fruits of, or other items related to the offense of 18 U.S.C. 1591(a)(1)and(2), 1594(c), 1952(a)(3)(A), 1956(h), and Ttiel 21 U.S.C. Sections 846 and 856(a), as described in Attachment B incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     _____July 2, 2019_____
                                                                                                                                        *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Laura Fashing_____ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                            ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  __06/18/2019 10:32 am__          _____/s/ Laura Fashing_____
                                                                                                        *Judge's signature*

City and state:     __Albuquerque, NM__                    __Laura Fashing, U.S. Magistrate Judge__
                                                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 19 MR 731 | Date and time warrant executed: 6/18/2019 | Copy of warrant and inventory left with: Left in rooms |
| Inventory made in the presence of: N/A |||

**Inventory of the property taken and name of any person(s) seized:**

- 5 Electronic Tablets
- 33 Cellular Devices
- 15 Laptop Computers
- 3 Hard drives
- 3 Cameras
- 2 Thumb Drives
- $3,863.00 in U.S. currency (Rm 112)
- $1,524.00 in U.S. currency (Rm 110)
- 6 EBT Cards
- Date book note
- Wage earning statement
- Phone Bill
- Smart Watch
- 3 New Mexico Drivers Licenses
- Bank statement + Insurance Documents
- Letter
- State Income Support Division Paperwork
- Note to Will
- Credit Card
- DMV Documents
- Ledger with Addresses
- Amazon Kindle
- Conditions of Parole Violation Paperwork
- Tax Return
- Temporary vehicle registration plate
- Hotel wage statement
- Computer Tower
- Notebook with names + payment
- Women's clothing
- Stolen Mail articles
- USPS Jacket + Hat
- Miscellaneous Documents
- Credit Card Reader
- Notary Stamp

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/16 ~~6/18/2019~~

Morgan Langer
Executing officer's signature

Morgan Langer Special Agent
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

The property to be searched is described as 7640 Central Avenue SE, Management Office, Albuquerque, New Mexico 87108, is the Rooms 105, 110, 112, 114 and 219, located in a hotel which is called the Best Choice Inn.  The hotel is marked with a blue sign along Central Avenue and the words "Best Choice Inn" on the sign.  The hotel is located on the south side of Central Avenue where Central Avenue meets Charleston Street.  The hotel is situated in an "L" formation.   The hotel is adobe/tan in color.

The property to be searched is described as 7640 Central Avenue SE, Albuquerque, New Mexico 87108, Rooms 105, 110, 112, 114 and 219. Rooms 105, 110, 112 and 114 are located on the ground floor of the hotel, while room 219 is located on the second floor.   Like other rooms in the hotel, these rooms are identifiable by having a placard on the door with  the room number inscribed on it.

## ATTACHMENT B

### ITEMS TO BE SEARCHED FOR AND SEIZED

1.　Firearms and Ammunition

Any caliber firearms; ammunition; ammunition components and items connected with or pertaining to the possession of firearms including firearm storage cases, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment.

2.　Records/Documents

Documents related to the possession of firearms or ammunition, including receipts for the purchase of firearms or ammunition, receipts for the repair of firearms; photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of any firearm storage cases, ammunition magazines, holsters, spare parts for firearms and firearm cleaning equipment.

3.　Documents of sex trafficking victims (anywhere the term victims is used in # 3 of this section denotes sex trafficking victims)

Documents which have what appears to be personal identifying information of victims and or any version of victims' names. such as: personal mail, checkbooks, personal identification, driver's licenses, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs (developed or undeveloped), leases, loan bills, and vehicle registration, which documents can be connected to a victim or potential victim.

4.　Seizure but not search of, Computers, Cellular Telephones, Tablets, Electronic and/or digital, magnetic and/or optical media and/or device(s) including but not limited to computer hard disc drive(s), computer network hardware, cassette(s), compact disc(s), flash card(s), zip drive(s), floppy diskette(s), CD-ROM(s), CD-RW(s), DVD-RW(s), DVD(s), compact disc(s), digital video disc(s), and/or device(s) capable of creating, analyzing, displaying, converting, storing and/or transmitting electronic and/or digital, magnetic and/or optical impulses and/or data.

5.　Hotel and travel documents

Documents establishing the renting, purchase or use of hotel/motel rooms and/or establishing travel purchases such as: fuel receipts, hotel receipts, hotel booking information,

6.　Narcotics

Illegal narcotics and/or any other controlled substance(s) and/or suspected illegal narcotics and/or any other suspected controlled substance(s) including, any drug or substance listed in Schedules I through V of the Controlled Substance Act or regulations adopted thereto.

7.　Indicia of Control of the Hotel and Vehicles

Documents establishing the persons who have control, possession, custody or dominion over the property searched and from which evidence is seized, such as: mail addressed to a named occupant of the residence, checkbooks, personal identification, notes, utility bills, rent receipts, payment receipts, financial documents, keys, photographs, leases, loan bills, and vehicle registration documents, providing such documents establish a connection between and individual and the property.

8.　Condoms in bulk

28

9.     Any item(s) apparently used to restrain and/or control a person.  Any item(s) apparently used to facilitate the restraint and/or control of a person.

10.    Ledgers or other documentation showing suspected drug or human trafficking transactions.
11.    Large sums of U.S. currency.
12.    Large quantities of women's clothing, in particular lingerie and other apparel consistent with prostitution and sex trafficking photo shoots.
13.    Any suspected sex trafficking victims.
14.  All credit card or debit card processing machines.
15.  All hotel surveillance equipment and all closed circuit television equipment. Equipment used to capture events and people at the hotel.